UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE TREASURER,

        Plaintiff,        Case no. 10-11863

v.        HONORABLE JOHN CORBETT O'MEARA

GEORGE KIRKLAND and
BANK OF AMERICA,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Mark A. Randon's December 7, 2010, Report and Recommendation. No objections have been filed. The court having reviewed the record and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED as the findings and conclusions of this court.

IT IS FURTHER ORDERED that the State Treasurer's motion to dismiss is GRANTED, and Defendant's motion to continue removal is DENIED.

        s/John Corbett O'Meara
        United States District Judge

Date: December 29, 2010

I hereby certify that on December 29, 2010, a copy of the foregoing document was served upon counsel of record using the ECF system, and upon George Kirkland at P.O. Box 36165 Grosse Pointe, MI 48236 by first-class U.S. mail.

        s/William Barkholz
        Case Manager